Opinion issued January 12, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00952-CV

———————————

IN
RE UNITED CENTRAL BANK, Relator



 



 

On Appeal from the 125th District Court 

Harris County, Texas



Trial Court Cause No. 2011-39622

 



MEMORANDUM OPINION

On November 1, 2011, relator, United Central Bank,
filed a petition for writ of mandamus in the Court.  The parties have filed an “Agreed Motion to
Dismiss Original Proceeding” stating they have resolved the matter and
requesting the Court dismiss the original proceeding.  Accordingly, we grant the motion and dismiss
the petition for writ of mandamus.  

We dismiss any pending motions as moot.

PER CURIAM

Panel
consists of Justices Jennings,
Massengale, and Huddle.